UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. ED CV <u>14-2566-DMG (PLA)</u>     Date <u>January 14, 2015</u>

Title: <u>Andres T. Campbell v. Carolyn W. Colvin</u>

PRESENT: THE HONORABLE <u>PAUL L. ABRAMS</u>

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                      NONE

PROCEEDINGS:     (IN CHAMBERS)

Pursuant to this Court's Order of December 18, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, <u>i.e.</u>, by January 12, 2015. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than January 21, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before January 21, 2015, shall be deemed compliance with this Order to Show Cause.


cc:   Brian C. Shapiro, Esq.
      AUSA

Initials of Deputy Clerk   ch