EILEEN M. DECKER
United States Attorney
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    Email: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANDRES T. CAMPBELL, ) | Case No. 5:14-cv-02566-PLA |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER OF REMAND** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner ) | |
| of Social Security ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: September 22, 2015    _____

                                                   Paul L. Abrams
                                                 UNITED STATES MAGISTRATE JUDGE